# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS
EARPLUG PRODUCTS
LIABILITY LITIGATION           Case No.: 3:19md2885

This Document Relates to:
*Theodore Elwood Finley*, 7:20cv170-MCR-GRJ
_____/

## JUDGMENT

Final judgment is entered in favor of the Plaintiff, THEODORE ELWOOD FINLEY, and against Defendants, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, in the amount of One Million, Five-Hundred Thousand Dollars ($1,500,000.00) for past pain and suffering, Six Million Dollars ($6,000,000.00) for future pain and suffering, for a total of Seven Million, Five-Hundred Thousand ($7,500,000.00) in compensatory damages plus Fifteen Million ($15,000,000.00) in exemplary damages, for a total award of Twenty-Two Million, Five-Hundred Thousand ($22,500,000.00), together with costs taxed against Defendants and post-judgment interest to be calculated from December 13, 2021.

JESSICA J LYUBLANOVITS,
CLERK OF COURT

December 13, 2021                    s/ *Samantha Buckhalt*
DATE                                 DEPUTY CLERK